UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ20-504 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| HUGO GAMEZ-ANDRADE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:     Possession of Fentanyl with Intent to Distribute

Date of Detention Hearing:     August 12, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant is a native and citizen of Mexico with strong family ties to that

DETENTION ORDER
PAGE -1

country, and no legal status in the U.S.  He has no ties to Western Washington. He was unemployed at the time of his arrest.  Defendant does not have a viable release plan and does not contest detention.

2. Defendant poses a risk of nonappearance based on ties to Mexico, lack of residence or any ties to Western Washington, lack of legal status in the U.S., lack of employment, substance use, and unverified background information. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

//

DATED this 12th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3